UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
RANCE PERDOMO
ROXANA BLANCO            CASE NO.: 09-37326-RAM
                                 CHAPTER 7

      Debtors.
_____/

## NOTICE OF LIMITED APPEARANCE AND REQUEST FOR SERVICE

    **COMES NOW ALBERTELLI LAW** attorneys for U.S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, and hereby enters it notice of limited appearance in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby request notice for the following limited purpose of the: Motion for Relief from Stay subsequently filed.

    The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

ANDREW L. FIVECOAT, ESQ.
**Albertelli Law**
Attorney for Secured Creditor
600 North Westshore Blvd., Suite 400
Tampa, FL 33609
Telephone: (813) 221-4743
Facsimile: (813) 221-9171

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th Day of January, 2010, I served a copy of the foregoing upon:

**SERVICE LIST**

Rance Perdomo and Roxana Blanco
5070 W 12th Ln
Hialeah, FL 33012-3183

Marcia Dunn
P.O. Box 561507
Miami, FL 33256

Timothy S. Kingcade Esq.
1370 Coral Way
Miami, FL 33145

U.S. Trustee - Miami
Office of the U.S. Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

                                            **Andrew L. Fivecoat, Esq.**
                                            **Albertelli Law**
                                            Attorney for Secured Creditor
                                            600 N. Westshore Blvd.
                                            Suite 400
                                            Tampa, FL 33609
                                            Telephone: (813) 221-4743
                                            Facsimile: (813) 221-9171


                                            By:    /s/ Andrew L. Fivecoat, Esq.
                                            Andrew L. Fivecoat, Esq.
                                            Florida Bar No.:  0122068